DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS HERNANDEZ-RODRIGUEZ

FILED
DEC 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-07-535 EJG |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| JOSE LUIS HERNANDEZ-RODRIGUEZ, | Date: December 21, 2007 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Jose Luis Hernandez-Rodriguez, through their respective attorneys, that the status conference presently scheduled for December 21, 2007 may be continued to January 11, 2008, at 10:00 a.m.

This continuance is being requested because defense counsel needs additional time to prepare, to review discovery in the case and consult with Mr. Hernandez-Rodriguez, and to conduct ongoing defense investigation. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through January 11, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:   December 19, 2007          /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for
                                    JOSE HERNANDEZ-RODRIGUEZ



                                    McGREGOR SCOTT
                                    United States Attorney


Dated:   December 19, 2007          /s/ T. Zindel for K. Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney
```

## O R D E R

The status conference is continued to January 11, 2008, at 10:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: December 20, 2007

HON. EDWARD J. GARCIA
United States District Judge

Stip. in U.S.A. v. Hernandez-Rodriguez   -2-